RECEIVED

JUL 12 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARL REGESTER<br>B.O.P. # 22086-058 | * | CIVIL ACTION NO. 2:16 -CV-01051 |
| v. | * | JUDGE JAMES T. TRIMBLE, JR. |
| UNITED STATES OF AMERICA | * | MAGISTRATE JUDGE KAY |

*****************************************************************

### JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Federal Rules of Civil Procedure 41(b).

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 12th day of July, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE